

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M.**

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appellant's appeal is ABATED for appointment of new appellate counsel. The trial court is ORDERED to appoint new appellate counsel for appellant on or before **October 28, 2019**. The trial court clerk is ORDERED to file a supplemental clerk's record that includes the trial court's order on or before **November 5, 2019**.

It is so **ORDERED** on October 16, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

Luz Estrada, Chief Deputy Clerk